PHILLIP A. TALBERT
Acting United States Attorney
BOBBIE J. MONTOYA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2775

Attorneys for Applicant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LETTER ROGATORY FOR INTERNATIONAL JUDICIAL ASSISTANCE FROM THE 16th CIVIL COURT OF CUENCA, ECUADOR, IN THE MATTER OF *NURIA GONZALEZ RIOS v. IVAN PATRICIO PACHECO QUINDE, et al.*, SUMMARY TRIAL NO. 334-2011. | No. 2:16-mc-0102 MCE CKD<br><br>*EX PARTE* ORDER PURSUANT TO 28 U.S.C. § 1782 |

WHEREAS, the United States of America, by its attorney, Phillip A. Talbert, Acting United States Attorney for the Eastern District of California, on behalf of the 16th Civil Court of Cuenca, Ecuador, is seeking to obtain information from the California Department of Motor Vehicles, headquartered in Sacramento, California, for use in connection with a judicial proceeding pending in that court captioned, "*Nuria Gonzalez Rios v. Ivan Patricio Pacheco Quinde, et al.*";

NOW THEREFORE, it is hereby ORDERED, pursuant to 28 U.S.C. § 1782(a) and Rule 2B(a) of the Federal Rules of Civil Procedure, that Bobbie J. Montoya, Assistant United States Attorney, Eastern District of California, by and hereby is appointed as Commissioner, to take such steps as are necessary to obtain information from the California Department of Motor Vehicles, and to submit said information to the Acting United States Attorney for the Eastern District of California for transmission to the United States Department of Justice or its designee.

////

1    IT IS FURTHER ORDERED that the United States Attorney's Office shall serve Jean Shiomoto,
2 Director, California Department of Motor Vehicles, with a copy of this Order and the accompanying
3 documents within thirty (30) days of the date this Order is filed.

4 Dated:  June 2, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE